United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 01-5278 September Term, 2001
 00cv03086

National Mining Association, et al.,
 Appellants Filed On: June 14, 2002 [683610]
 
v.

Department of Labor, et al.,
 Appellees
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 00cv03086)
 
 
 

 Before: Edwards and Tatel, Circuit Judges, and Silberman, Senior Circuit Judge.

 O R D E R

 It is ORDERED, that the Opinion filed on June 14, 2002, be amended, as follows:

 Page 38, paragraph under Conclusion section, line 2, delete the word
 "instructions" and insert the word "proceedings"

 Per Curiam
FOR THE COURT:
 Mark J. Langer, Clerk

BY:

 Linda Jones
 Deputy Clerk